IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00012-MP-AK

DARYL BROWN,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 25, Joint Motion to Continue Sentencing by Daryl Brown. The motion is granted and the sentencing set for September 28, 2005 is hereby reset for October 13, 2005 at 2:00 p.m.

**DONE AND ORDERED** this  *27th*   day of September, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge